FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    Case No.: *CR 11-207 MWF*
                                )
                Plaintiff,      )
                                )
        vs.                     )    ORDER OF DETENTION AFTER HEARING
                                )    [Fed.R.Crim.P. 32.1(a)(6);
                                )     18 U.S.C. 3143(a)]
                                )
        *Meyer*    Defendant.   )
_____)

        The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

_____*CD/CA*_____ for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.      ✗  The defendant has not met his/her burden of establishing by

        clear and convincing evidence that he/she is not likely to flee

        if released under 18 U.S.C. § 3142(b) or (c).  This finding is

        based on _____*PR/Apt*_____

1 

2 

3 

4   and/or

5   B.   ( )   The defendant has not met his/her burden of establishing by

6        clear and convincing evidence that he/she is not likely to pose

7        a danger to the safety of any other person or the community if

8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9        on: 

10 

11 

12 

13 

14        IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16 

17   Dated: _2/21/13_

18 

19 

20                              UNITES STATES MAGISTRATE JUDGE

21 

22 

23 

24 

25 

26 

27 

28